# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Grounds Maintenance, Inc. ) ASBCA No. 58577
)
Under Contract No. W912HN-08-C-0012 )

APPEARANCE FOR THE APPELLANT: Lawrence J. Sklute, Esq.
Sklute & Associates
Potomac, MD

APPEARANCES FOR THE GOVERNMENT: Thomas H. Gourlay, Jr., Esq.
Engineer Chief Trial Attorney
John P. Kassebaum, Esq.
Engineer Trial Attorney
U.S. Army Engineer District, Charleston

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 18 August 2014

DIANA S. DICKINSON
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 58577, Appeal of Grounds Maintenance, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals